UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

CIVIL ACTION NO. 19-495-DLB

URIKA BERRY                                          PLAINTIFF

v.                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY, et al.              DEFENDANTS

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to the Memorandum Opinion and Order entered today, and the Court begin otherwise sufficiently advised,

**IT IS ORDERED and ADJUDGED** as follows:

(1) Judgment is hereby **ENTERED** in Defendants' favor and Plaintiff's claims are hereby **DISMISSED**;

(2) This matter is hereby **STRICKEN** from the Court's active docket; and

(3) This is a **FINAL and APPEALABLE** Order.

This 15th day of April, 2021.



J:\DATA\SocialSecurity\Orders\Lexington\19-495 Judgment.docx